STATE of Missouri, Respondent,

v.

Arthur BUSCHMANN, Appellant.

No. WD 43307.

Missouri Court of Appeals,
Western District.

March 26, 1991.

James F. Crews, Crews & Gaw, Tipton, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before BERREY, P.J., and FENNER and ULRICH, JJ.

ORDER

PER CURIAM:

Appeal from convictions on three counts of selling controlled substances, § 195.020, RSMo 1986 (repealed 1989), and from sentences of concurrent prison terms of ten years on each count.

Judgment affirmed. Rule 30.25(b).